No. 97–7888 (A–625). LANGFORD v. MONTANA ET AL. Sup. Ct. Mont. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied.

FEBRUARY 23, 1998

No. 97–113. HURDLE v. SEARS, ROEBUCK & CO. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of Oubre v. Entergy Operations, Inc., ante, p. 422.

No. 97–6376. COURNOYER v. UNITED STATES. C. A. 8th Cir. Motion of petitioner for leave to proceed in forma pauperis granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of South Dakota v. Yankton Sioux Tribe, ante, p. 329.

No. A–339. ODUS v. UNITED STATES. Application for release, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1571. IN RE DISBARMENT OF PECK. Due to mistaken identity, the orders entered June 29 [515 U. S. 1172] and October 2, 1995 [516 U. S. 802], are vacated.